**Jeffrey N. LONG, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48536.**

Missouri Court of Appeals,
Western District.

May 31, 1994.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM:

Appeal from the denial of a Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).